1849349

FILED

DEC 2 8 2004

MICHAEL GANS
CLERK OF COURT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

December 20, 2004

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Raymond D. Smith
v. United States
No. 04-7710
(Your No. 03-2862/3494)

CR 01-267 JMR/FLN

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 16, 2004 and placed on the docket December 20, 2004 as No. 04-7710.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst

SCANNED
DEC 3 0 2004
U.S. DISTRICT COURT ST. PAUL

RECEIVED
DEC 2 8 2004
U.S. COURT OF APPEAL
EIGHTH CIRCUIT