# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL
MAR 14 2005
CLERK, US DIST. COURT
ST. PAUL, MN

No. 03-2862

United States of America, *
*
Appellee, *
*
vs. * Appeal from the United States
* District Court for the
Raymond D. Smith, * District of Minnesota
*
Appellant. * CR 01-267 JMR/FLN

In consideration of the Supreme Court judgment, dated February 22, 2005, the mandate in this matter is hereby recalled and the case is reopened.

March 10, 2005

Order Entered at the Direction of the Court:

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E Gans

SCANNED
MAR 14 2005
U.S. DISTRICT COURT ST. PAUL