# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL
MAY - 2 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Nos. 03-2862/3494

| | | |
|---|---|---|
| United States of America, | * | |
| Appellee, | * | |
| vs. | * | Appeals from the United States District Court for the District of Minnesota |
| Raymond Damon Smith, also known as "Cap," | * | CR 01-267 JMR/FLN |
| Appellant. | * | |

On consideration of the United States Supreme Court's judgment dated February 22, 2005, remanding the matter to this court, the opinion and judgment dated August 4, 2004, are hereby vacated.

April 27, 2005

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
MAY 0 2 2005
U.S. DISTRICT COURT ST. PAUL