# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

Nos. 03-2862/3494

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Order Denying Petition for |
| vs. | * | Rehearing and for Rehearing |
| | * | En Banc |
| Raymond Damon Smith, etc., | * | CR01-267 JMR/FLN |
| | * | |
| Appellant. | * | |

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

(5128-010199)

January 23, 2006

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
JAN 27 2006
U.S. DISTRICT COURT ST. PAUL