# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL
FEB 27 2006
CLERK, US DIST. COURT
ST. PAUL, MN

Nos. 03-2862/3494

| | | |
|---|---|---|
| United Staets of America, | * | |
| Appellee, | * | |
| | * | Appeals from the United States |
| vs. | * | District Court for the |
| | * | District of Minnesota |
| Raymond Damon Smith, also known as "Cap," | * | CR 01-267 JMR/FLN |
| Appellant. | * | |

**JUDGMENT**

These appeals from the United States District Court were submitted on the records of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgments of the district court in these causes are affirmed in accordance with the opinion of this Court.

(5172-010199)

December 5, 2005

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
FEB 27 2006
U.S. DISTRICT COURT ST. PAUL