2010 797

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

FILED
MAY 1 - 2006
MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

April 26, 2006

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Raymond D. Smith v. United States
No. 05-10556
(Your No. 03-2862/3494)

CR01-267 JMR/FLN

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 21, 2006 and placed on the docket April 26, 2006 as No. 05-10556.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst

RECEIVED
MAY 1 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
MAY 08 2006
U.S. DISTRICT COURT ST. PAUL