2052829

FILED

JUN 5 2006

MICHAEL GANS

CLERK

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

May 30, 2006

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Raymond D. Smith
v. United States
No. 05-10556
(Your No. 03-2862, 03-3494)

CR 01-267 JMR/FLN

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

RECEIVED
JUN 5 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
JUN 12 2006
U.S. DISTRICT COURT ST. PAUL