UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CR-267(JMR/FLN)
07-CV-1324(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| Raymond Damon Smith | ) | |

The Court hereby directs the government to respond to petitioner's 2255 motion to vacate, set aside, or correct sentence by Monday, April 9, 2007.

IT IS SO ORDERED.

Dated: February 27, 2007

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge