UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 01-267 (JMR/FLN)
Civ. No. 07-1324 (JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND DAMON SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, through its attorneys, Rachel K. Paulose, United States Attorney, and Assistant United States Attorney James E. Lackner, moves the Court for an enlargement of time in which to respond to Smith's Motion To Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. The government's response is due on April 9, 2007.

Due to the undersigned's caseload and other professional responsibilities, counsel for the government requests a thirty (30) day extension to and including May 9, 2007, to file its response.

Dated: April 5, 2007.

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID Number 59298