UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 01-267 (JMR/FLN)
Civ. No. 07-1324 (JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | ORDER |
| v. | ) | |
| RAYMOND DAMON SMITH, Defendant. | ) | |

The above-entitled matter is before the undersigned United States District Judge pursuant to the government's request for enlargement of time.

WHEREFORE IT IS ORDERED,

That the United States shall have until May 9, 2007, in which to respond to Defendant Smith's § 2255 Habeas Motion.

Dated: April 6, 2007

s/James M. Rosenbaum
James M. Rosenbaum
United States Chief District Judge