UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-267 (JMR)
Civil No. 07-1324 (JMR)

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAYMOND DAMON SMITH,
BOP Prisoner #20827-112,

Defendant.

MOTION TO FILE OUT OF TIME

The government's response in this section 2255 matter was due yesterday, May 9, 2007. The undersigned was out several days last week on sick leave and was unable to finish it by the due date. Therefore, the government moves to file this one day out of time.

Dated: May 10, 2007

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID Number 59298