# United States District Court
# For The District of Minnesota

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>RAYMOND DAMON SMITH,<br>BOP Prisoner #20827-112<br>Defendant. | ) | **Case: 0:01-cr-00267-JMR-FLN**<br>**Civil #:07-1324 (JMR)**<br><br>APPENDIX TO REPLY |




MODEL 1710 FTIR

DATE: 6-25-97

SAMPLE: IJ-97-0103
111480 -2-

OPERATOR [redacted] MeOH Insol

ABSCISSA RANGE 4000.0 - 400.0 CM-1
ORDINATE RANGE 0.00 - 100.00 %T
CHART EXPANSION 0.50

RESOLUTION 2 CM-1
NO. OF SCANS 2

1.954 ABEX

$NaHCO_3$

52