# United States District Court
# For The District of Minnesota

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>RAYMOND DAMON SMITH,<br>BOP Prisoner #20827-112<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case: 0:01-cr-00267-JMR-FLN**<br><br><br>**MOTION FOR LEAVE TO FILE EXHIBITS CONVENTIONALLY** |

The undersigned attorney, David J. Chapman of the Chapman Law Firm, the attorney of record for Raymond Damon Smith, Defendant, in the above captioned matter, seeks leave of the court to file the following items conventionally:

1. The Exhibits In Support Of Supplemental Motion.

Leave to file conventionally is requested for the following reasons:

a. The Exhibits are 94 pages long and are in .pdf format. Splitting the Exhibits up into parts in order to file them would not work as many pages are close to 2 mb in size on their own. The entire file is 17 mb in size.

Respectfully Submitted this 22nd day of February 2008.

_______________________________
David J. Chapman (Attorney #05531)
Chapman Law Firm
118 Broadway, Suite 806
Fargo, ND 58102-4949
(701) 232-5899
FAX: (701) 232-6470
dchapman@americanlibertylaw.com
www.americanlibertylaw.com
Attorney for Petitioner