# In The United States District Court
# For The District Of Minnesota

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>RAYMOND DAMON SMITH,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | **CERTIFICATE OF SERVICE**<br><br>Case No.: 0:01-cr-00267-JMR-FLN |

I hereby certify that on (date), I caused the following documents:

1. Motion For Leave To File Exhibits Conventionally.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

James Lackner (james.lackner@usdoj.gov)
Myra Fishman (myra.fishman@usdoj.gov)
and (usamn.ecfcriminal@usdoj.gov)

I further certify that I caused a copy of the Proposed Order to be emailed to the following:

James Lackner (james.lackner@usdoj.gov)
Myra Fishman (myra.fishman@usdoj.gov)
and (usamn.ecfcriminal@usdoj.gov)

Dated: February 22, 2008

Attorney's Typed Name: David J. Chapman