# United States District Court
# For The District of Minnesota

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RAYMOND DAMON SMITH,<br>BOP Prisoner #20827-112<br>Defendant. | ) | **Case: 0:01-cr-00267-JMR-FLN**<br><br>**ORDER** |

The Court, having considered the Defendant's Motion assigned Docket #170 by the U.S. District Court ECF system hereby Orders that the Defendant's Motion For Leave To File Exhibits Conventionally (Doc. #170) is **GRANTED.**

Dated this 28th day of February 2008.

BY THE COURT:

s/James M. Rosenbaum
James M. Rosenbaum
United States District Judge