# United States District Court
# For The District of Minnesota

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>RAYMOND DAMON SMITH,<br>BOP Prisoner #20827-112<br>Defendant. | ) | **Case: 0:01-cr-00267-JMR-FLN**<br><br>**Placeholder for EXHIBITS IN SUPPORT OF SUPPLEMENTAL MOTION** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*[list item(s) for which this notice serves as a placeholder in ECF]*
*(e.g.: Exhibit A - Photo of Airplane)*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

_X__ Voluminous Document* (Document number of order granting leave to file conventionally: _172__ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal pursuant to a court order* (Document number of protective order: ___ )

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).