**In The United States District Court**
**For The District Of Minnesota**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>RAYMOND DAMON SMITH,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | **CERTIFICATE OF SERVICE**<br><br>Case No.: 0:01-cr-00267-JMR-FLN |

I hereby certify that on (date), I caused the following documents:

1. Placeholder for EXHIBITS IN SUPPORT OF SUPPLEMENTAL MOTION.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

James Lackner (james.lackner@usdoj.gov)
Myra Fishman (myra.fishman@usdoj.gov)
and (usamn.ecfcriminal@usdoj.gov)

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Dated: March 19, 2008

Attorney's Typed Name: David J. Chapman