# In The United States District Court
# For The District Of Minnesota

UNITED STATES OF AMERICA )
Plaintiff, )
)
v. )
)
RAYMOND DAMON SMITH, )
Defendant. )

**CERTIFICATE OF SERVICE**

Case No.: 0:01-cr-00267-JMR-FLN

I hereby certify that on the 19th day of March 2008, one copy of the foregoing conventionally filed EXHIBITS IN SUPPORT OF SUPPLEMENTAL MOTION was served upon counsel for Plaintiff by depositing the same in the United States Mail certified mail, return receipt requested, addressed to:

Office of the United States Attorney
Attention: James Lackner, AUSA
600 US Courthouse
300 South Fourth Street
Minneapolis, MN 55415

______________________________
David J. Chapman