**District Court Case No.:01-CR-267; 07-CV-1324 (JMR/FLN)**

**United States Court Of Appeals**
**For The Eighth Circuit**

**UNITED STATES,**
**Plaintiff,**

**vs.**

**RAYMOND DAMON SMITH,**
**Defendant.**

## Notice of Appeal

The above named Defendant appeals from the Order of the United States District Court for the District of Minnesota, Honorable James Rosenbaum dated July 21, 2008, in 07-CV-1324 and its companion case 01-CR-267.

Respectfully submitted this 16th day of September 2008.

______________________________

David J. Chapman
Chapman Immigration Law Group
1121 Westrac Drive, Suite 206
Fargo, ND 58103
(701) 232-5899
FAX: (701) 232-6470
Email: dchapman@ChapmanILG.com