# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

1. United States of America -v- Raymond Damon Smith 0:01-cr-267 JMR/FLN & 0:07-cv-1324 JMR

2. Defendant and Address: Reg No. 20827-112
   FCI - Victorville Medium I
   P.O. box 5300
   Adelanto, CA 92301

3. Date of verdict: N/A.

4. Appealing: (X) Order denying Motion to Vacate (2255)

5. Sentence: Custody of BOP for 400 months, 5 yrs supervised released, spec assmt of $ 200.00

6. Date sentence imposed: N/A

7. Defendant incarcerated? (X) Yes

8. Financial Status: Fee paid? (X) No

9. Notice of Appeal was filed on 9/16/08

10. Court Reporter: N/A - No hearing held on Motion to Vacate

11. Trial Counsel: J. David T. Chapman
    1121 Westrac Drive, Suite 206
    Fargo, ND 58103
    PHONE # 701-232-5899

12. Trial counsel was: (X) Retained

    Is there any reason why trial counsel should not be appointed on appeal? (X) No

13. Assistant U.S. Attorney: James Lackner PHONE #: (612) 664-5600

14. List of other defendants in this case & disposition:

    N/A

15. Additional Comments:

    **Probation- No PSI, addendums and Statement of Reasons needed for this appeal.**

    Prepared by: mg